# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Laura E. Plummer <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 3:17-CV-35 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Defendant and against Plaintiff; Affiriming Defendant Commissioner's decision that the Plaintiff was not disabled, and therefore not entitled to benefits under the Social Security Act; termination entry.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 3/8/18

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk